NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LAWRENCE B. LOCKWOOD
AND PANIP, LLC,**
*Plaintiffs-Appellants,*

v.

**SHEPPARD, MULLIN, RICHTER & HAMPTON,
LLP, JONATHAN HANGARTNER, AND STEVE P.
HASSID,**
*Defendants-Appellees.*

---

2010-1189

---

Appeal from the United States District Court for the Central District of California in case no. 09-CV-5157, Judge John F. Walter.

---

## ON MOTION

---

Before GAJARSA, *Circuit Judge.*

### ORDER

The TPL Group, David Hricik, et al., and NDP Managed Security (doing business as of Erich D. Gazaui Enterprises, Inc.) separately move for leave to file a brief

amicus curiae in support of the plaintiffs-appellants. Sheppard, Mullin, Richter, & Hampton, LLP, et al. oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

MAY 1 9 2010

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Don Howarth, Esq.
Gary A. Clark, Esq.
David Hricik, Esq.
Margaret M. Grignon, Esq.
Andre M. Mura, Esq.

S20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAY 1 9 2010

JAN HORBALY
CLERK